# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KEVIN F. CLAES | § | Case No. 14-19274 |
| HEATHER L. CLAES | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 4,712.00
*(Without deducting any secured claims)*

Assets Exempt: 10,700.00

Total Distributions to Claimants: 338,027.16

Claims Discharged
Without Payment: 4,435,533.43

Total Expenses of Administration: 72,772.84

3) Total gross receipts of $ 530,800.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 120,000.00  (see **Exhibit 2**), yielded net receipts of $ 410,800.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 46,317.88 | 46,317.88 | 46,317.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 26,454.96 | 26,454.96 | 26,454.96 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,900,105.38 | 2,873,455.21 | 2,873,455.21 | 338,027.16 |
| **TOTAL DISBURSEMENTS** | $ 1,900,105.38 | $ 2,946,228.05 | $ 2,946,228.05 | $ 410,800.00 |

4)  This case was originally filed under chapter 7 on  05/22/2014 .  The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/03/2017                    By:/s/KAREN R. GOODMAN
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTERESTS IN INSURANCE POLICIES | 1290-000 | 530,800.00 |
| TOTAL GROSS RECEIPTS | | $ 530,800.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ethan Claes | Non-Estate Funds Paid to Third Parties | 8500-002 | 40,000.00 |
| Grayson Claes | Non-Estate Funds Paid to Third Parties | 8500-002 | 40,000.00 |
| Griffin Claes | Non-Estate Funds Paid to Third Parties | 8500-002 | 40,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 120,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 23,790.00 | 23,790.00 | 23,790.00 |
| Ltd. International Sureties | 2300-000 | NA | 201.15 | 201.15 | 201.15 |
| Associated Bank | 2600-000 | NA | 6,233.63 | 6,233.63 | 6,233.63 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 14,831.50 | 14,831.50 | 14,831.50 |
| ALAN D. LASKO | 3410-000 | NA | 1,242.40 | 1,242.40 | 1,242.40 |
| ALAN D. LASKO | 3420-000 | NA | 19.20 | 19.20 | 19.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 46,317.88 | $ 46,317.88 | $ 46,317.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Adelman & Gettleman | 6210-000 | NA | 26,454.96 | 26,454.96 | 26,454.96 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 26,454.96 | $ 26,454.96 | $ 26,454.96 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACQ Partners; Mark Knudson & Robert Nard Ciesla & Ciesla PC 836 Skokie Blvd Northbrook, IL 60062 | | 100,000.00 | NA | NA | 0.00 |
| | ACQ Partners; Mark Knudson & Robert Nard Ciesla & Ciesla PC 836 Skokie Blvd Northbrook, IL 60062 | | 700,000.00 | NA | NA | 0.00 |
| | Advocate Good Shepherd Hospital 450 W Highway 22 Barrington, IL 60010 | | 463.76 | NA | NA | 0.00 |
| | Alexian Bros Hospital POBox 3495 Toledo, OH 43607 | | 1,550.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann & Robert H. Lurie Children's Hospital of Chicago P. O. Box 4066 Carol Stream, IL 601974066 | | 573.65 | NA | NA | 0.00 |
| | Arlington Ridge Pathology 520 W 22nd Street Lombard, IL 60148 | | 19.00 | NA | NA | 0.00 |
| | Barrington Orthopedic Specialist Keynote Consulting 220 W Campus Drive, Ste 102 Arlington Heights, IL 60004 | | 5,177.00 | NA | NA | 0.00 |
| | Barrington Polls Transworld Systems Inc Collection Agency 507 Prudential Road Horsham, PA 19044 | | 111.60 | NA | NA | 0.00 |
| | Best Practives of Northwest Hospital MireMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | 154.00 | NA | NA | 0.00 |
| | BestPractices of Northwest SC The Doctor Bill P. O. Box 23419 Jacksonville, FL 322414419 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BestPractices of Northwest SC<br>P. O. Box 758682<br>Baltimore, MD 212758682 | | 154.00 | NA | NA | 0.00 |
| | BMO Harris<br>111 West Monroe St<br>Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Chase<br>P. O. Box 15298<br>Schedule Of Creditors<br>Holding Unsecured<br>Wilmington, DE 198505298 | | 2,449.21 | NA | NA | 0.00 |
| | Chase<br>P. O. Box 15298<br>Wilmington, DE 198505298 | | 2,085.95 | NA | NA | 0.00 |
| | Chicago Dpartment of<br>Revenue Linebarger Goggan<br>Blair Sampson<br>P. O. Box 06152<br>Chicago, IL 606060152 | | 317.20 | NA | NA | 0.00 |
| | Chicago Sports Media<br>7840 N Lincoln Avenue<br>Skokie, IL 60077 | | 450.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 75.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 655.60 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 150.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 308.60 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 180.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 512.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 295.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 308.60 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 555.60 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 100.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Chicago, IL 606801292 | | 490.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finance P. O. Box 88292 Schedule Of Creditors Holding Unsecured Chicago, IL 606801292 | | 480.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Department of Finance P. O. Box 88292 Schedule Of Creditors Holding Unsecured Chicago, IL 606801292 | | 433.60 | NA | NA | 0.00 |
| | Derick Dematology - Barrington 1531 S Grove Avenue, Ste 101 Barrington, IL 600105240 | | 302.18 | NA | NA | 0.00 |
| | Derick Dermatology P. O. Box 66007 O'hare, IL 606660007 | | 473.27 | NA | NA | 0.00 |
| | Derick Dermatology P. O. Box 66007 Schedule Of Creditors Holding Unsecured O'Hare, IL 606660007 | | 571.27 | NA | NA | 0.00 |
| | Discover More Card P. O. Box 30943 Salt Lake City, UT 84130 | | 6,154.03 | NA | NA | 0.00 |
| | Dollar Processing Srvc POBox 13270 A-7 Scottsdale, AZ 852673270 | | 16.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dollar Processing Srvc<br>POBox 13270 A-7<br>Scottsdale, AZ 852673270 | | 100.00 | NA | NA | 0.00 |
| | Dr. Helen Zarczynski<br>33 W Higgins Road, Ste 4080<br>South Barrington, IL 60010 | | 119.00 | NA | NA | 0.00 |
| | Eastern Savings Bank Klein<br>Daday Aretos & O'Donoghue<br>2550 W Golf Road, Ste 250<br>Rolling Meadows, IL 60008 | | 100,000.00 | NA | NA | 0.00 |
| | Farmers Group Inc Credit<br>Collection Services<br>Commercial<br>Two Wells Avenue<br>Newton, MA 02459 | | 310.00 | NA | NA | 0.00 |
| | FedEx<br>P. O. Box 94515<br>Palatine, IL 600944515 | | 8.83 | NA | NA | 0.00 |
| | Foremost Insurance Group<br>P. O. Box 2847<br>Grand Rapids, MI 495012847 | | 310.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Foremost Insurance Group<br>P. O. Box 2847<br>Schedule Of Creditors<br>Holding Unsecured<br>Grand Rapids, MI 495012847 | | 1,751.00 | NA | NA | 0.00 |
| | IL Dept of Labor<br>160 N LaSalle St, c-1300<br>Chicago, IL 60601 | | 8,000.00 | NA | NA | 0.00 |
| | John H Maville, Esq<br>600 South State, Ste 307<br>Belvedere, IL 61008 | | 40.00 | NA | NA | 0.00 |
| | JPMorgan Chase<br>AlliedInterstate<br>P. O. Box 4000<br>Warrenton, VA 20188 | | 0.00 | NA | NA | 0.00 |
| | Kyle Hlavaty Devona &<br>Associates<br>1720 22nd Street, Unit E<br>Wheaton, IL 60189 | | 10,000.00 | NA | NA | 0.00 |
| | Lake Cook Orthopedics Forest<br>Recovery Services, LLC<br>P. O. Box 83<br>Barrington, IL 600100083 | | 96.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mandujano S Landscaping JVDB Associates P. O. Box 5718 Elgin, IL 60121 | | 0.00 | NA | NA | 0.00 |
| | Mandujano's Landscaping Inc Law Office of Paul D. Lawent P. O. Box 5718 Elgin, IL 601215718 | | 0.00 | NA | NA | 0.00 |
| | Mandujano's Landscaping Inc P. O. Box 84 Schedule Of Creditors Holding Unsecured Carpentersville, IL 6011011 | | 1,306.00 | NA | NA | 0.00 |
| | Massachusetts Mutual Life Insurance Stuart Allan & Associate 5447 E 5th Street, Ste 110 Tucson, AZ 857112345 | | 1,151.70 | NA | NA | 0.00 |
| | Miami Dade Parking %Linebarger Goggan Blair & Sampson LLP POBox 01-1861 Miami, FL 331011861 | | 0.00 | NA | NA | 0.00 |
| | Miami Dade Parking POBox 659443 San Antonio, TX 78265 | | 65.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael William Burcker % James Tutaj 170 Center Street, Ste 2 Grayslake, IL 600303632 | | 0.00 | NA | NA | 0.00 |
| | Michael William Burcker 380 S Garden Ave Roselle, IL 60172 | | 8,000.00 | NA | NA | 0.00 |
| | Midwest Dental 214 Dundee Ave East Dundee, IL 60118 | | 0.00 | NA | NA | 0.00 |
| | Midwest Dental 7381 Airport View Dr SW Rochester, MN 55902 | | 0.00 | NA | NA | 0.00 |
| | Midwest Dental POBox 7739 Rochester, MN 55903 | | 240.00 | NA | NA | 0.00 |
| | Midwest Emergency Assoc Alcoa Billing Center 3429 Regal Dr Alcoa, TN 377013265 | | 240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Community Hospital MiraMed Revenue Group 991 Oak Creek Drive Schedule Of Creditors Holding Unsecured Lombard, IL 6014811 | | 0.00 | NA | NA | 0.00 |
| | Northwest Community Hospital MireMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | 78.69 | NA | NA | 0.00 |
| | Northwest Community Hospital 3060 Salt Creek Lane Arlington Heights, IL 60005 | | 691.82 | NA | NA | 0.00 |
| | Northwest Community Hospital 3060 Salt Creek Lane Arlington Heights, IL 60005 | | 183.00 | NA | NA | 0.00 |
| | Northwest Community Hospital 800 Central Rd Arlington Hts, IL 60005 | | 850.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Heart Specialists 1632 W Central Road Arlington Heights, IL 60005 | | 109.00 | NA | NA | 0.00 |
| | Northwest Heart Specialists 1632 W Central Road Arlington Heights, IL 600052 | | 401.00 | NA | NA | 0.00 |
| | Pluymert MacDonald & Hargrove Attorneys at Law 2300 Barrington Road, Ste 220 Hoffman Estates, IL 60169 | | 2,753.89 | NA | NA | 0.00 |
| | Radiological Consultants of Woodstock Creditors Discount & A 415 Main Street Streator, IL 61364 | | 0.00 | NA | NA | 0.00 |
| | Radiological Consultants of Woodstock 9410 Compubill Drive Orland Park, IL 60462 | | 130.00 | NA | NA | 0.00 |
| | Retrieval Masters Cred Bur 4 Westchester Plaza, Ste 100 Elmford, NY 10523 | | 110.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rheumatic Disease Center Physicians 150 N River, Ste 270 Des Plaines, IL 600161241 | | 51.84 | NA | NA | 0.00 |
| | Rheumatic Disease Center Physicians 150 N River, Ste 270 Schedule Of Creditors Holding Unsecured Des Plaines, IL 600161241 | | 45.75 | NA | NA | 0.00 |
| | Rheumatic Disease Ctr Phys 150 North River, Ste 270 Des Plaines, IL 600161272 | | 60.00 | NA | NA | 0.00 |
| | Robert & Janet Franz Kanter & Morgan 200 S Wacker Drive, Ste 3100 Chicago, IL 60606 | | 797,287.07 | NA | NA | 0.00 |
| | Schaumburg Immediate Care 1375 E Schaumburg Road, Ste 100 Schaumburg, IL 601943634 | | 33.62 | NA | NA | 0.00 |
| | Schaumburg Immediate Care 1375 E Schaumburg Road, Ste 100 Schaumburg, IL 601943643 | | 33.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Ear Nose & Throat Assoc Medco Financial Associates P. O. Box 525 Schedule Of Creditors Holding Unsecured Gurnee, IL 6003111 | | 0.00 | NA | NA | 0.00 |
| | Suburban Ear Nose & Throat Assoc 880 W Central Road, Ste 7200 Arlington Heights, IL 60005 | | 33.60 | NA | NA | 0.00 |
| | Suburban Endocrinology & Diabetes 2101 S Arlington Heights Road, Ste 111 Arlington Heights, IL 60005 | | 276.78 | NA | NA | 0.00 |
| | The Home Mag 301 Main St Barrington, IL 60010 | | 10,000.00 | NA | NA | 0.00 |
| | The Pediatric Faculty Foundation, Inc P. O. Box 4051 Carol Stream, IL 601974105 | | 20.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The South Barrington Club Transworld Systems Inc 507 Prudential Road Horsham, PA 19044 | | 544.37 | NA | NA | 0.00 |
| | U.S. Department of Education P. O. Box 9003 Niegara Falls, NY 143029003 | | 20,100.00 | NA | NA | 0.00 |
| | U.S. Department of Education P. O. Box 9003 Niegara Falls, NY 143029003 | | 22,992.00 | NA | NA | 0.00 |
| | U.S. Department of Education P. O. Box 9003 Niegara Falls, NY 143029003 | | 20,118.00 | NA | NA | 0.00 |
| | U.S. Department of Education P. O. Box 9003 Schedule Of Creditors Holding Unsecured Niegara Falls, NY 143029003 | | 24,000.00 | NA | NA | 0.00 |
| | Water Tower Financial Partners LLC 1 N Franklin Street, Ste 2470 Chicago, IL 60606 | | 142.24 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William & Donna Bravos<br>Brian M. Krause, Esq<br>399 Wall Street, Unit H<br>Glendale Heights, IL 60139 | | 41,600.00 | NA | NA | 0.00 |
| | Woodfield Pediatrics SC<br>1345 Wiley Road, sTe 117<br>Schaumburg, IL 60173 | | 154.84 | NA | NA | 0.00 |
| | Woodfield Pediatrics SC<br>1345 Wiley Road, Ste 117<br>Schedule Of Creditors<br>Holding Unsecured<br>Schaumburg, IL 601731111 | | 0.00 | NA | NA | 0.00 |
| 6 | ACQ PARTNERS, LLC | 7100-000 | NA | 1,500,000.00 | 1,500,000.00 | 176,456.81 |
| 7 | CITY OF CHICAGO | 7100-000 | NA | 358.81 | 358.81 | 42.21 |
| 3 | City of Chicago Department of Revenue | 7100-000 | NA | 2,354.20 | 2,354.20 | 276.94 |
| 1 | DISCOVER BANK | 7100-000 | NA | 6,016.03 | 6,016.03 | 707.71 |
| 5 | EASTERN SAVINGS BANK | 7100-000 | NA | 114,947.39 | 114,947.39 | 13,522.17 |
| 4 | ROBERT AND JANET FRANZ | 7100-000 | NA | 1,249,502.00 | 1,249,502.00 | 146,988.76 |
| 2 | SUBURBAN ENDOCRINOLOGY & DIABETES | 7100-000 | NA | 276.78 | 276.78 | 32.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,900,105.38 | $ 2,873,455.21 | $ 2,873,455.21 | $ 338,027.16 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-19274 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | KEVIN F. CLAES | | | | Date Filed (f) or Converted (c): | 05/22/2014 (f) |
| | HEATHER L. CLAES | | | | 341(a) Meeting Date: | 07/01/2014 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 03/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single family home located 10 S Kitson, South Ba<br><br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Single family home located at 37 Lake, South Bar<br><br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3.  U S Currency<br><br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Checking account (Chase Bank; 2555 W Golf Road,<br><br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 5.  Misc. household goods, used appliances, furnishi<br><br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  Misc. books, DVD movies, CD music, etc.<br><br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 7.  One ordinary lot of clothing suitable for adult<br><br>Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 8.  Wedding rings<br><br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 9.  10 year Term Life Insurance through Lincoln Fina<br><br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10.  1983 Mercedes Benz 240D (Poor contidion; 194,000<br><br>Imported from original petition Doc# 1 | 4,075.00 | 1,675.00 | | | FA |
| 11.  2001 Mercedes Benz CLK430 (fair condition; 133,0<br><br>Imported from original petition Doc# 1 | 3,504.00 | 1,104.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-19274 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | KEVIN F. CLAES | | | | Date Filed (f) or Converted (c): | 05/22/2014 (f) |
| | HEATHER L. CLAES | | | | 341(a) Meeting Date: | 07/01/2014 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 03/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 12. 2003 Volvo XC90 T6 (poor condition, 240,000 mile<br><br>Imported from original petition Doc# 1 | 1,833.00 | 1,833.00 | | 0.00 | FA |
| 13. 2000 Lexus LX 470 (Extremely poor condition; 280<br><br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 14. 2012 inheritance<br><br>Debtor received $32,000 inheritance from mother in 2012;<br>used pre-petition for living expenses. | 0.00 | 0.00 | | 0.00 | FA |
| 15. INTERESTS IN INSURANCE POLICIES (u) | 0.00 | 530,800.00 | | 530,800.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $15,412.00 | $535,512.00 | | $530,800.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Review claims, File TFR

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 09/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-19274 | Trustee Name: KAREN R. GOODMAN |
| Case Name: KEVIN F. CLAES | Bank Name: Associated Bank |
| HEATHER L. CLAES | Account Number/CD#: XXXXXX3300 |
| | Checking |
| Taxpayer ID No: XX-XXX3998 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/16 | 15 | Safeco Insurancwe | Full and Final Insurance Payment for fire at Debtors' residence | 1290-000 | $530,800.00 | | $530,800.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $585.33 | $530,214.67 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $762.83 | $529,451.84 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $787.14 | $528,664.70 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $760.63 | $527,904.07 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $784.84 | $527,119.23 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $783.76 | $526,335.47 |
| 02/16/17 | 101 | Ltd. Adelman & Gettleman 53 West Jackson Boulevard, Suite 1050 Chicago, Illinois 60643 | Fees and Expenses to Litigation Attorney per Court Order dated February 14, 2017 Reversal Name incorrect | 3210-000 | | ($26,454.96) | $552,790.43 |
| 02/16/17 | 101 | Ltd. Adelman & Gettleman 53 West Jackson Boulevard, Suite 1050 Chicago, Illinois 60643 | Fees and Expenses to Litigation Attorney per Court Order dated February 14, 2017 | 3210-000 | | $26,454.96 | $526,335.47 |
| 02/16/17 | 102 | Ethan Claes c/o Charles Wm. Dobra, Ltd 675 E. Irving Park Road, Suite 100 Roselle, IL 60172 | Payment pursuant to Court Order dated February 14, 2017 Payment to son of Debtors in accordance with settlement of issue relating to ownership of fire insurance proceeds. | 8500-002 | | $40,000.00 | $486,335.47 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $530,800.00 | $44,464.53 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 14-19274 | | | | Trustee Name:  KAREN R. GOODMAN | | |
| Case Name:  KEVIN F. CLAES | | | | Bank Name:  Associated Bank | | |
| HEATHER L. CLAES | | | | Account Number/CD#:  XXXXXX3300 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX3998 | | | | Blanket Bond (per case limit): $54,824,000.00 | | |
| For Period Ending: 08/03/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/17 | 103 | Grayson Claes<br>675 East Irving Park Road<br>Suite 100<br>Roselle, IL 60172 | Payment pursuant to Court Order dated February 14, 2017 Settlement with Debtor's son in connection with ownership of proceeds of fire insurance policy | 8500-002 | | $40,000.00 | $446,335.47 |
| 02/16/17 | 104 | Griffin Claes<br>c/o Charles Wm. Dobra<br>675 East Irving Park Road, Suite 100<br>Roselle, IL 60172 | Payment pursuant to Court Order dated February 14, 2017 Settlement with Debtor's son in connection with ownership of proceeds of fire insurance policy | 8500-002 | | $40,000.00 | $406,335.47 |
| 02/16/17 | 105 | Adelman & Gettleman<br>53 West Jackson Blvd.<br>Suite 1050<br>Chicago, IL 60643 | Payment pursuant to Court Order dated February 14, 2017 Final compensation to Special Litigation Counsel | 6210-000 | | $26,454.96 | $379,880.51 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $660.88 | $379,219.63 |
| 03/13/17 | 106 | Ltd. International Sureties<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2017 Bond | 2300-000 | | $201.15 | $379,018.48 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $563.71 | $378,454.77 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $544.51 | $377,910.26 |
| 06/27/17 | 107 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order of June 27, 2017 | 2100-000 | | $23,790.00 | $354,120.26 |
| 06/27/17 | 108 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601 | Compensation to Counsel for Trustee per Court Order of June 27, 2017 | 3110-000 | | $14,831.50 | $339,288.76 |
| 06/27/17 | 109 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL  60606 | Fees to Accountant for Trustee per Court Order dated June 27, 2017 | 3410-000 | | $1,242.40 | $338,046.36 |

Page Subtotals:    $0.00    $148,289.11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-19274
Case Name: KEVIN F. CLAES
　　　　　HEATHER L. CLAES

Taxpayer ID No: XX-XXX3998
For Period Ending: 08/03/2017

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3300
　　　　　Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/17 | 110 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Expenses to Accountant for Trustee per Court Order dated June 27, 2017 | 3420-000 | | $19.20 | $338,027.16 |
| 06/27/17 | 111 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | First and Final Distribution for Claim No. 1 per Court Order dated June 27, 2017 | 7100-000 | | $707.71 | $337,319.45 |
| 06/27/17 | 112 | SUBURBAN ENDOCRINOLOGY & DIABETES<br>2101 S ARLINGTON HEIGHTS ROAD, STE 111<br>ARLINGTON HEIGHTS, IL 60005 | First and Final Distribution for Claim No. 2 per Court Order dated June 27, 2017 | 7100-000 | | $32.56 | $337,286.89 |
| 06/27/17 | 113 | City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC<br>111 W Jackson Ste.600<br>Chicago, IL 60604 | First and Final Distribution for Claim No. 3 per court Order dated June 27, 2017 | 7100-000 | | $276.94 | $337,009.95 |
| 06/27/17 | 114 | ROBERT AND JANET FRANZ<br>540 CREST AVE<br>ELK GROVE VILLAGE IL 60007 | First and Final Distribution for Claim No. 4 per Court Order dated June 27, 2017 | 7100-000 | | $146,988.76 | $190,021.19 |
| 06/27/17 | 115 | EASTERN SAVINGS BANK<br>EP 2 SUITE 200<br>11350 MCCORMICK RD<br>HUNT VALLEY MD 21031 | First and Final Distribution for Claim No. 5 per Court Order dated June 27, 2017 | 7100-000 | | $13,522.17 | $176,499.02 |
| 06/27/17 | 116 | ACQ PARTNERS, LLC<br>C/O ADELMAN & GETTLEMAN LTD<br>STEVEN B CHAIKEN<br>53 W JACKSON BLVD STE 1050<br>CHICAGO IL 60604 | First and Final Distribution for Claim No. 6 per Court Order dated June 27, 2017 | 7100-000 | | $176,456.81 | $42.21 |
| 06/27/17 | 117 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>P.O. Box 88292<br>Chicago, Illinois 60680-1292 | First and Final Distribution for Claim No. 7 per Court Order dated June 27, 2017 | 7100-000 | | $42.21 | $0.00 |

COLUMN TOTALS　　　$530,800.00　$530,800.00
Less: Bank Transfers/CD's　　$0.00　　$0.00
Page Subtotals:　　$0.00　$338,046.36

| | | |
|---|---|---|
| Subtotal | $530,800.00 | $530,800.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $530,800.00 | $530,800.00 |

Exhibit 9

Page Subtotals:                    $0.00          $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3300 - Checking | $530,800.00 | $530,800.00 | $0.00 |
| | $530,800.00 | $530,800.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $530,800.00 |
| Total Gross Receipts: | $530,800.00 |

Page Subtotals:                                $0.00            $0.00